1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   GERRY WILLIAMS,      CASE NO. 1:11-cv-00874-SMS PC

10           Plaintiff,      ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

11    v.      (ECF No. 2)

12   J. RONQUILLO, et al.,

13          Defendants.      FORTY-FIVE DAY DEADLINE

     _____/

14

15       Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16 action pursuant to 42 U.S.C. § 1983.  On, May 31, 2011, Plaintiff filed an Application to Proceed

17 In Forma Pauperis and a certified copy of his prison trust account statement.  Examination of these

18 documents reveals that Petitioner is able to afford the costs of this action.  Specifically, six months

19 prior to filing, Petitioner has had an average balance of $1212.72 in his account.  His current balance

20 is $735.15.

21       Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.

22 Plaintiff is ORDERED to pay the three hundred fifty dollar ($350.00) filing fee within forty-five

23 (45) days of the date of service of this order.  Failure to follow this order will result in a

24 recommendation that this action be dismissed pursuant to Local Rule 110.

25       IT IS SO ORDERED.

26 **Dated:**   **June 1, 2011**          **/s/ Sandra M. Snyder**
                         UNITED STATES MAGISTRATE JUDGE

27

28