# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | CASE NO. 1:11-cv-00874-BAM PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION FOR A STATUS REPORT |
| v. | (ECF No. 9) |
| J. RONQUILLO, et al., | |
| Defendants. | |

Plaintiff Gerry Williams ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on May 31, 2011. On January 23, 2012, Plaintiff filed a motion for a status report.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:  **January 25, 2012**            **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE