# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS,                          CASE NO. 1:11-cv-00874-BAM PC

                    Plaintiff,           ORDER  GRANTING  DEFENDANTS'
                                         REQUEST  TO  CONDUCT  PLAINTIFF'S
     v.                                  DEPOSITION VIA VIDEO CONFERENCE

J. RONQUILLO, et al.,                    (ECF No. 27)

                    Defendants.
_____/

     Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently in the discovery phase, and on November 27, 2012, Defendants filed a request seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

     Good cause having been shown, Defendants' request to conduct Plaintiff's deposition via video conference, filed November 21, 2012,  is HEREBY GRANTED.


     IT IS SO ORDERED.

**Dated:**   **November 26, 2012**              **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE