1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GERRY WILLIAMS,                          CASE NO. 1:11-cv-00874-BAM PC

10                          Plaintiff,        ORDER   GRANTING   DEFENDANTS'
                                             REQUEST  TO  CONDUCT  PLAINTIFF'S
11           v.                              DEPOSITION VIA VIDEO CONFERENCE

12  J. RONQUILLO, et al.,                    (ECF No. 27)

13                          Defendants.

14  _____/

15          Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16  action pursuant to 42 U.S.C. § 1983.  This action is currently in the discovery phase, and on

17  November 27, 2012, Defendants filed a request seeking leave to depose Plaintiff by video

18  conference. Fed. R. Civ. P. 30(b)(4).

19          Good cause having been shown, Defendants' request to conduct Plaintiff's deposition via

20  video conference, filed November 21, 2012,  is HEREBY GRANTED.

21

22          IT IS SO ORDERED.

23  **Dated:**   **November 26, 2012**            _____/s/ **Barbara A. McAuliffe**_____
                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28