UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. RONQUILLO, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00874-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION (ECF No. 39) |

Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants Ronquillo, Rielo and Anderson ("Defendants") for excessive force in violation of the Eighth Amendment.

On January 15, 2013, Plaintiff filed a motion to compel inspection of documents. (ECF No. 29.) On July 5, 2013, the Court granted in part and denied in part Plaintiff's motion to compel. (ECF No. 40.) Pursuant to that order, the Court ordered Defendants to supplement certain of their responses to the requests for production within thirty (30) days.

On June 26, 2013, Plaintiff filed the instant motion requesting a continuance of Defendants' motion for summary judgment, which was filed on June 4, 2013. Plaintiff explains that his opposition to Defendants' motion for summary judgment was due on July 1, 2013, but he requires an additional sixty (60) days to conduct discovery. Plaintiff requests that the Court extend the hearing date on the

1

1 motion for summary judgment.  The Court generally does not conduct hearings on prisoner motions
2 pursuant to Local Rule 230.  Accordingly, the Court construes Plaintiff's request to continue the
3 hearing on the motion for summary judgment as a request for an extension of time for Plaintiff to file
4 his opposition to Defendants' motion for summary judgment.
5     Given the Court's recent order requiring supplemental responses to Plaintiff's requests for
6 production of documents and good cause appearing, Plaintiff's motion requesting an extension of time
7 to file his opposition to Defendants' motion for summary judgment is GRANTED.  Plaintiff's
8 opposition to Defendants' motion for summary judgment, if any, shall be filed within sixty (60) days
9 after service of this order.

11 IT IS SO ORDERED.

12    Dated:    **July 9, 2013**                    /s/ *Barbara A. McAuliffe*
13                                                  UNITED STATES MAGISTRATE JUDGE