UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>            Plaintiff,<br><br>       v.<br><br>J. RONQUILLO, et al.,<br><br>            Defendants. | Case No.: 1:11-cv-00874-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS<br>(ECF No. 37) |

    Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint against Defendants Ronquillo, Rielo and Anderson ("Defendants") for excessive force in violation of the Eighth Amendment.

    On January 15, 2013, Plaintiff filed a motion to compel supplemental responses to his request for production of documents numbered 1, 2, and 8-13.  (ECF No. 29.)  On January 28, 2013, Defendants filed their opposition to the motion to compel.  (ECF No. 31.)

    On June 17, 2013, Plaintiff filed the instant motion titled "Motion for Judgment on the Pleadings." (ECF No. 37.)  Despite its title, Plaintiff's motion is essentially a motion for an order on his motion to compel.  In other words, Plaintiff requests an order compelling inspection in response to his requests for production of documents numbered 1, 2, and 8-13.  (ECF No. 37, pp. 2-3.) Defendants filed their opposition to the motion for judgment on the pleadings on June 25, 2013.

1. Defendants point out that Plaintiff's motion is essentially a copy of the motion to compel inspection of documents filed on January 15, 2013. (ECF No. 38.)

    On July 5, 2013, the Court issued an order granting in part and denying in part Plaintiff's January 15, 2013, motion to compel. (ECF No. 40.) Accordingly, Plaintiff's motion for judgment on the pleadings, which is duplicative of his motion to compel, is now unnecessary and is DENIED AS MOOT.

IT IS SO ORDERED.

   Dated: __**July 11, 2013**__         /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE