UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,  <br><br>  Plaintiff,  <br><br>  v.  <br><br>J. RONQUILLO, et al.,  <br><br>  Defendants. | Case No.: 1:11-cv-00874-BAM (PC)  <br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR SUBPOENAS DUCES TECUM  <br>(ECF Nos. 43, 44) |

Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants Ronquillo, Rielo and Anderson ("Defendants") for excessive force in violation of the Eighth Amendment. On August 1, 2013, Plaintiff filed a request for two blank subpoenas duces tecum for documents from non-parties. (ECF No. 43.) On August 7, 2013, Plaintiff filed a duplicate request. (ECF No. 44.) Plaintiff's requests for the issuance of blank subpoenas shall be denied without prejudice.

As an initial matter, the deadline for completing all discovery has passed, and Plaintiff has not requested an amendment of the discovery and scheduling order pursuant to Federal Rule of Civil Procedure 16. However, the Court recognizes that certain discovery motions were not resolved prior to the discovery deadline. Accordingly, Plaintiff shall not be precluded from requesting an extension of the discovery deadline for the limited purpose of obtaining discovery from non-parties.

1

Further, Plaintiff's request for the issuance of a subpoena commanding the production of documents from non-parties is subject to certain requirements. Fed. R. Civ. P. 45. The Court will consider granting a request for a subpoena duces tecum only if the documents sought from the non-party are discoverable, are not equally available to Plaintiff, and are not obtainable from Defendants through a request for production of documents. Fed. R. Civ. P. 45(c); Fed. R. Civ. P. 34. Thus, a request for the issuance of a records subpoena requires Plaintiff to: (1) identify with specificity the documents sought and from whom, and (2) make a showing that the records are only obtainable through that third party. Plaintiff has not done so in his instant requests.

Additionally, Plaintiff only is entitled to seek discovery of any nonprivileged matter that is relevant to his claims. Fed. R. Civ. P. 26(b)(1). The discovery sought may include information that is not admissible as long as it appears reasonably calculated to lead to the discovery of admissible evidence. Id. In order to obtain a subpoena duces tecum, Plaintiff must inform the court of the purpose of the subpoena to determine whether the documents sought are relevant to this action.

Based on the above, Plaintiff's motions for blank subpoenas, filed on August 1 and August 7, 2013, are HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: **August 12, 2013**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE