1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERRY WILLIAMS,** | Case No. 1:11-cv-00874 BAM (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY** |
| **v.** | |
| **J. RONQUILLO, et al.,** | (ECF No. 53) |
| Defendants. | |

Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 4, 2013, Defendants filed a motion for summary judgment.  The Court granted Plaintiff an extension of time to September 9, 2013, to file his opposition to the motion.  Plaintiff filed an untimely opposition on December 26, 2013.

On December 30, 2013, Defendants filed the instant request for a twenty-one day extension of time to file their reply to Plaintiff's opposition.  Defendants explain that counsel was not assigned to this matter until November 2013, several months after the motion for summary judgment, and counsel requires additional time to review the issues in this matter and prepare a reply.

1    Good cause appearing, Defendants' request for a twenty-one day extension of time is

2   GRANTED.  Defendants shall file their reply to Plaintiff's opposition to the motion for summary

3   judgment on or before January 21, 2014.

4
5   IT IS SO ORDERED.

6   Dated:   **January 2, 2014**                    /s/ *Barbara A. McAuliffe*

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28