UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | Case No.: 1:11-cv-00874-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR STATUS REPORT AS UNNECESSARY |
| v. | (ECF No. 51) |
| J. RONQUILLO, et al., | |
| Defendants. | |

Plaintiff Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants Ronquillo, Rielo and Anderson ("Defendants") for excessive force in violation of the Eighth Amendment.

On December 16, 2013, Plaintiff filed a request for a status report on the following motions: (1) Plaintiff's motion to issue sanctions against Defendants for failure to disclose, which was filed on this Court's docket on August 23, 2013 (ECF No. 46); and (2) Plaintiff's motion to extend time for discovery to obtain documents from non-parties/request for two blank subpoenas duces tecum, which was filed on this Court's docket on September 9, 2013 (ECF No. 47).

On January 16, 2014, the Court denied Plaintiff's motion for sanctions. (ECF No. 55.) On February 4, 2014, the Court denied Plaintiff's motion to extend time for discovery/request for

1  subpoenas as moot.  (ECF No. 59.)  As the Court has issued rulings on both motions, Plaintiff's
2  request for status of the motions is now unnecessary and is DENIED.
3  IT IS SO ORDERED.

4  Dated:   **February 4, 2014**                    /s/ *Barbara A. McAuliffe*
5                                                   UNITED STATES MAGISTRATE JUDGE