# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


GERRY WILLIAMS,                          Case No.: 1:11-cv-00874-BAM PC

        Plaintiff,

    v.

J. RONQUILLO, et al.,
                                         **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.          **AD TESTIFICANDUM**

_____/

Gerry Dewayne Williams, CDCR # D-77087, a necessary and material witness in a settlement conference in this case on June 11, 2014, is confined in Kern Valley State Prison (KVSP), 3000 West Cecil Avenue, Delano, California 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Wednesday, June 11, 2014, at 11:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P. O. Box 3130 Alta Road, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __April 24, 2014__          _____/s/ *Barbara A. McAuliffe*_____
                                    UNITED STATES MAGISTRATE JUDGE