# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>      Plaintiff,<br><br>    v.<br><br>J. RONQUILLO, et al.,<br><br>      Defendants. | Case No.: 1:11-cv-00874-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS FOLLOWING SETTLEMENT CONFERENCE CONDUCTED ON JUNE 11, 2014 |

On June 11, 2014, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to the Writ of Habeas Corpus Ad Testificandum. The settlement conference having concluded on this same day,

IT IS HEREBY ORDERED that Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: **June 11, 2014**

UNITED STATES MAGISTRATE JUDGE