IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERRY WILLIAMS,** | Case No. 1:11-cv-00874 BAM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. RONQUILLO, et al.,** | |
| Defendants. | |

In accordance with the parties' stipulation filed on June 26, 2014, this action is dismissed with prejudice. Each party shall bear its own litigation costs and attorney's fees. All dates are vacated. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:   **June 27, 2014**              /s/ Barbara A. McAuliffe          _
                                                                  UNITED STATES MAGISTRATE JUDGE

1